UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUENTIN ANTWAN MITCHELL,<br><br>       Plaintiff,<br><br> v.<br><br>MARTHA N. DAVIS, et al.,<br><br>       Defendants. | Case No. C17-1831-RAJ-MAT<br><br>REPORT AND RECOMMENDATION |

  Plaintiff, proceeding *pro se*, submitted a proposed 42 U.S.C. § 1983 civil rights complaint. (Dkt. 1.) However, he failed to pay the filing fee or to submit an application to proceed *in forma pauperis* (IFP). In a letter dated December 7, 2017, the Court directed plaintiff to either pay the filing fee or to submit an IFP application. (Dkt. 2.) The letter noted that, if plaintiff did not correct the deficiency by January 8, 2018, this action may be subject to dismissal.

  To date, the Court has not received the filing fee, an IFP application, or any response to its letter. Accordingly, the Court recommends this action be DISMISSED. Dismissal should be without prejudice to plaintiff filing a new complaint, accompanied by either the filing fee or a motion to proceed IFP.

REPORT AND RECOMMENDATION - 1

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 9, 2018**.

Dated this 16th day of January, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2