UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUENTIN ANTWAN MITCHELL,

                Plaintiff,

v.

MARTHA N DAVIS, et al.,

                Defendants.

CASE NO. C17-1831-RAJ

ORDER CLOSING CASE
WITHOUT PREJUDICE

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's case is dismissed without prejudice for failure to pay the filing fee or submit an application to proceed *in forma pauperis* (IFP). Plaintiff may file a new complaint, accompanied either by the filing fee or an IFP application; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 9th day of February, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER CLOSING CASE
WITHOUT PREJUDICE - 1